**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TREVOR BURNS,

                        Plaintiff,
    -against-                                        21 **CIVIL** 9469 (ER)

                                                        **<u>JUDGMENT</u>**

SARAH HINES, Assistant District Attorney, and
UNKNOWN N.Y.C. DEPARTMENT OF
CORRECTION OFFICIALS, in their individual
and official capacities

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, Hines' motion is GRANTED, and the complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2023

                                                                      **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                         **BY:**     *K. Mango*

                                                                          **Deputy Clerk**